IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEXTER SISTRUNK, *individually and on behalf of a class of similarly situated individuals*, | § § § § | |
| Plaintiff, | § § | |
| v. | § | 5:14-CV-628-RP |
| TITLEMAX, INC., et al., | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On this day, the Court entered an order granting Plaintiff's Motion for Summary Judgment. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that judgment is awarded in favor of Plaintiff, individually and on behalf of a class of similarly situated individuals, in the amount of:

(1) $12,362,500.00 in statutory liquidated damages pursuant to 18 U.S.C. § 2724(b)(1), payable to Rust Consulting for distribution to the class.

(2) Post-judgment interest calculated pursuant to 28 U.S.C. § 1961.

(3) Reasonable attorneys' fees and costs pursuant to 18 U.S.C. § 2724(b)(3).

**IT IS FURTHER ORDERED** that all relief not expressly granted is **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on August 17, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE